UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cv-62761-KMW

MARK PENNINGTON,

    Petitioner,

vs.

MARK S. INCH,

    Respondent.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 26) ("Report") regarding Plaintiff's petition for writ of habeas corpus under 28 U.S.C. § 2254. In the Report, Judge Reid recommends that the Petition be denied as barred by the one-year statute of limitations in 28 U.S.C. § 2244. No objections to the Report were filed and the time to do so has now passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 26) are **AFFIRMED AND ADOPTED**.[1]

---

[1] In the Report, Judge Reid correctly concluded that Petitioner's conviction became "final" for purposes of calculating the statute of limitations on July 26, 2017. She also correctly concluded that because Petitioner did not file his first motion for post-conviction relief until July 6, 2018, 345 untolled days had run from the beginning of the limitations period to when he filed his first motion. Accordingly, Judge Reid accurately determined that on July 6, 2018, the statute of limitations was tolled with only 20 days remaining.

The motion was denied on July 19, 2018 and his motion for rehearing was denied on September 25, 2018. Judge Reid concluded that because Petitioner did not appeal the denial of his motion for rehearing, the statute of limitations ran untolled for six days from September 25, 2018 until October 1, 2018, when Petitioner filed his motion for postconviction relief under Fla. R. Crim. P. 3.850. Judge Reid determined that on October 1, 2018, the statute of limitations was tolled with only 14 days remaining.

2. Petitioner's motion to stay (DE 4) is **DENIED**.

3. This action is **DISMISSED**.

4. No certificate of appealability shall issue.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>8th</u> day of October, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:

Mark Pennington
I45635
Okeechobee Correctional Institution
Inmate Mail / Parcels
3420 NE 168th Street
Okeechobee, FL 34972

---

However, the statute of limitations remained tolled for 30 days following the denial of the motion for rehearing (until October 25, 2018), in light of the 30-day period to file a notice of appeal. *See* Fla. R. App. P. 9.110(b). Therefore, the statute of limitations remained tolled with 20 remaining days from September 25, 2018 to October 1, 2018. The statute of limitations remained tolled until January 10, 2019, 30 days after Petitioner's Fla. R. Crim. P. 3.850 motion was denied on December 11, 2018. With 20 remaining days, the statute of limitations ran on January 30, 2019.

Because Petitioner did not file his Petition until October 31, 2019, Judge Reid correctly concluded that his claims are barred by the statute of limitations.